### *Clarkson* v. *Gifford.*

HARRISON moved, on the usual affidavit, to change the venue.

*Evertson.* This action is founded on a specialty : in suits of this sort, the court does not change the venue.

*Harison,* in reply. The action is on a covenant of seisin, affecting, or, as the technical phrase is, savouring of the realty.

Motion granted.

### *Fallmer* v. *Steele and another.*

HOPKINS moved to amend a count in the declaration, in conformity to the original writ, (a certified copy of which he produced) by striking out the words " town of *Herkimer*," and inserting the " town of " *German Flatts.*"

Ordered.